**Erik E. Eklund, OSB #075760**
**Law Office Of Erik E. Eklund**
**333 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Telephone: (503) 782-4795**
**Fax: (503) 217-5510**
**Email: erikeklundlaw@gmail.com**
**Attorney For Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:25-CR-00240-AB** |
| **Plaintiff,** | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **vs.** | |
| **HALIMA FAISEL ABDULLAHE MOHAMED,** | |
| **Defendant.** | |
| **_____** | |

Defendant, through counsel, respectfully requests that, pursuant to the United States Sentencing Guidelines (USSG), this Court sentence him to 24 months of incarceration, followed by two years of supervised release, pursuant to 18 U.S.C. §922(g)(1). In support of this recommendation, defendant asks the Court to consider the contents of the PSR, defendant's Confidential Supplement to the PSR, and the attached Exhibit.

RESPECTFULLY SUBMITTED this 12th day of May, 2026.

s/ *Erik E. Eklund*
Erik E. Eklund
Attorney for Defendant
Halima Faisel Mohamed

Page 1- DEFENDANT'S SENTENCING MEMORANDUM